# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 15-496-11 |
| HAKEEM ENOCH | |

## O R D E R

**AND NOW**, this 13th day of July, 2020, upon consideration of Defendant's Motion for Bond Reconsideration (ECF 999) and the Government's Response thereto (ECF 1002), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**